DLM

AO 451 (Rev. 12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

Earthlink, Inc.,
Plaintiff

V.

David R. Paolo,
Defendant

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

~~MISC 07-0017~~ ML

Case Number: 1:02-CV-1921-JOF

MISC 07 0015ML

I, James N. Hatten Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action 12/11/2006 (Date), as it appears in the records of this court, and that

* no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

1/8/2007
Date

James N. Hatten
Clerk

(By) Deputy Clerk

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EARTHLINK, INC., Plaintiff, vs. DAVID R. PAOLO, Defendant. | CIVIL ACTION FILE NO. 1:02-cv-1921-JOF |

**JUDGMENT**

This action having come before the court, Honorable J. Owen Forrester, United States District Judge, for consideration of plaintiff's Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the defendant take nothing; that the defendant Paolo pay to plaintiff the amount of $226,952.00 in damages and $100,000 in punitive damages; that the plaintiff recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 11th day of December, 2006.

JAMES N. HATTEN
CLERK OF COURT

By: /s/ Traci Clements-Campbell
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
December 11, 2006
James N. Hatten
Clerk of Court

By: /s/ Traci Clements-Campbell
Deputy Clerk

CERTIFICATION
CM/ECF DOCUMENT

I hereby attest and certify that this is a true and correct printed copy of a document which was electronically filed with the United States District Court for the Northern District of Georgia.

Date Filed: December 11, 2006

By: [signature] Deputy Clerk

JAMES N. HATTEN, Clerk of Court

January 8, 2007

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

Northern District of Georgia
Notice of Electronic Filing

The following transaction was received from tcc entered on 12/11/2006 at 12:00 PM EST and filed on 12/11/2006
Case Name: Earthlink, Inc. v. Log On America, Inc., et al
Case Number: 1:02-cv-1921
Filer:
Document Number: 46

Docket Text:
CLERK'S JUDGMENT in favor of plaintiff against defendant: This action having come before the court, Honorable J. Owen Forrester, UnitedStates District Judge, for consideration of plaintiff's Motion for Summary Judgment, and thecourt having granted said motion, it isOrdered and Adjudged that the defendant take nothing; that the defendant Paolopay to plaintiff the amount of $226,952.00 in damages and $100,000 in punitive damages;that the plaintiff recover its costs of this action, and the action be, and the same hereby, isdismissed. (tcc) --Please refer to http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist--

The following document(s) are associated with this transaction:
Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1060868753 [Date=12/11/2006] [FileNumber=1585710-0] [3f216de07c692b38507c72a941d5e7ed61a86333557e3d791e27bc0c3df523a39c0f44277ef57791c75eb675026df8f257c453a74192e67e112d6435a3abb2a9]]

1:02-cv-1921 Notice will be electronically mailed to:

Russell S. Bogue , III russell.bogue@dlapiper.com

Amy Alcoke Quackenboss Amy.Quackenboss@dlapiper.com

Paul Frederick Wellborn , III pete@wellbornlaw.com

1:02-cv-1921 Notice will be delivered by other means to:

Tyler P. Brown

Hunton & Williams
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219-4047

David R. Paolo
P.O. Box 5682
Providence, RI 02903

Robert S. Westermann
Hunton & Williams
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219-4047