UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EARTHLINK, INC. | ) | |
| | ) | |
| v. | ) | Misc. 07-0015-ML |
| | ) | |
| DAVID R. PAOLO | ) | |

ENTRY OF APPEARANCE

Undersigned attorney John D. Deacon, Jr. hereby enters appearance for the plaintiff Earthlink, Inc.

/s/ John D. Deacon, Jr.

John D. Deacon, Jr. (#2226)
72 Pine Street
Providence, Rhode Island 02903
Telephone: 401-272-8080
Fax: 401-490-6918
email: jdeacon@lmkbw.com

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May, 2007, a true copy of the within Entry of Appearance was sent by first class mail, postage prepaid, to defendant:

David R. Paolo
18 Deer Run
Hope, Rhode Island 02831

/s/ John D. Deacon, Jr.