# WRIT OF EXECUTION

Misc. 07-0015 ML

**United States District Court** | DISTRICT: Rhode Island

TO THE MARSHAL OF: District of Rhode Island

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME David R. Paolo

you cause to be made and levied as well a certain debt of:

DOLLAR AMOUNT | DOLLAR AMOUNT

$326,952 plus interest of $24,194 from 12/11/06 to 4/29/08 at 4.95% per year, for a total of $351,146.

and

in the United States District Court for the ______ District of Rhode Island, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

David R. Paolo
in favor of Earthlink, Inc.

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| | |
|---|---|
| PLACE U.S. District Court | DISTRICT Rhode Island |
| CITY Providence | DATE 5-1-08 |

Witness the Honorable Mary M. Lisi – Chief U.S. District Judge
(United States Judge)

| | |
|---|---|
| DATE 5.1.08 | CLERK OF COURT David A. DiMarzio |
| | (BY) DEPUTY CLERK [signature] |

## RETURN

| | |
|---|---|
| DATE RECEIVED | DATE OF EXECUTION OF WRIT |

This writ was received and executed.

| | |
|---|---|
| U.S. MARSHAL | (BY) DEPUTY MARSHAL |