UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EARTHLINK, INC., :
Plaintiff, :
:
v. : CA 07-015 ML
:
DAVID R. PAOLO, :
Defendant. :

**ORDER**
**FOR ATTORNEY ANTHONY F. COTTONE**
**TO SHOW CAUSE**

Attorney Anthony F. Cottone is ordered to appear before this Court at **2:00 p.m., on Friday, June 6, 2008,** to show cause why he should not be sanctioned for his failure to appear at the May 22, 2008, hearing on the Motion of Earthlink, Inc. to Adjudge in Contempt and for Enforcement of Subpoenas (Document ("Doc.") #5) ("Motion to Adjudge in Contempt").[1]

---

[1] District of Rhode Island Local Rule ("DRI LR") Gen 206(e) permits an attorney to withdraw his appearance by notice of withdrawal only "[i]f there are no motions pending before the Court ...." DRI LR Gen 206(e). The Motion to Adjudge in Contempt was filed on April 25, 2008, and was pending when Attorney Cottone purported to file a Withdrawal of Appearance (Doc. #6) on April 28, 2008. Thus, Attorney Cottone could not withdraw his appearance by filing a notice of withdrawal but was required to file a motion to withdraw and to obtain Court permission. See DRI LR Gen 206(e).

Even if a motion had not been pending, Attorney Cottone's Withdrawal of Appearance was deficient because it was not "accompanied by an entry of appearance by successor counsel certifying that he or she is familiar with the case and is or will be fully prepared to address any matters pending in the case, including trial, without delaying the case ...," id. Furthermore, although the Withdrawal of Appearance states that "Attorney John Harwood will be entering his appearance on behalf of the defendant," Withdrawal of Appearance, Attorney Harwood has not entered his appearance, and no one appeared for Defendant at the scheduled May 22, 2008, hearing.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
May 22, 2008