UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EARTHLINK, INC.,
Plaintiff,

v. MC 07-015 ML

DAVID R. PAOLO,
Defendant.

**ORDER**
**TO SHOW CAUSE**

David R. Paolo and Kathleen K. Paolo (the "Paolos") are ordered to appear before the United States District Court, John O. Pastore Federal Building and U.S. Post Office, Two Exchange Terrace, Providence, Rhode Island, at **2:00 p.m., on Friday, June 6, 2008**, in Courtroom B (second floor), to show cause why they should not be adjudged in contempt for their failure to comply with the subpoenas which were served upon their Attorney, Anthony F. Cottone ("Attorney Cottone").[1] Copies of the subpoenas and of Attorney Cottone's letter, confirming his acceptance of the subpoenas on behalf of the Paolos, are attached to this Order.

---

[1] On April 25, 2008, Plaintiff Earthlink, Inc., filed a motion to adjudge the Paolos in contempt and for enforcement of subpoenas. See Motion of Earthlink, Inc. to Adjudge in Contempt and for Enforcement of Subpoenas (Document #5). A hearing on this motion was scheduled for 10:00 a.m. on May 22, 2008. Although notice of the hearing was sent to Defendant David R. Paolo's counsel of record, Anthony F. Cottone, no one appeared for Mr. Paolo at the hearing.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
May 22, 2008