UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EARTHLINK, INC., *Plaintiff*, | : | |
| vs. | : | C.A. No. 07-00015 ML |
| DAVID R. PAOLO, *Defendant*. | : | |

**ATTORNEY COTTONE'S AFFIDAVIT IN RESPONSE TO THE ORDER TO SHOW CAUSE**

ANTHONY F. COTTONE, ESQ., being duly sworn, hereby deposes and says as follows:

1. I am the attorney of record in the above matter for defendant, David R. Paolo ("Paolo"), and make this affidavit in response to the Court's May 22, 2008 "Show Cause Order" relating to my failure to: (a) comply with District of Rhode Island Local Rule Gen. 206 (e) in connection with my April 28, 2008 Withdrawal of Appearance as counsel for Paolo; and (b) appear for the May 22, 2008 hearing on the Motion to Adjudge in Contempt and for Enforcement of Subpoenas of plaintiff, Earthlink, Inc.

2. I was admitted as a member of this Court on April 10, 1989 and also have been admitted to the United States District Courts for the Southern and Eastern Districts of New York and the Courts of Appeal for the First and Second Circuits. I also have been admitted to the bars of the states of Rhode Island, New York and Connecticut as well as that of the Commonwealth of Massachusetts. In the twenty-three (23) years that I have practiced law I have never been the subject of any disciplinary proceeding or sanction.

3. My April 28, 2008 Withdrawal of Appearance in the above matter was filed at the express request of my client, who informed me that Attorney John Harwood would thereafter be representing him. I subsequently confirmed this fact with Attorney Harwood.

4. I provided both Paolo and Attorney Harwood with ample advance notice of the hearing scheduled for May 22, 2008 and was informed the day before said hearing by Paolo that Attorney Harwood had secured a continuance of the hearing. Unfortunately, I did not hear the telephone voice message left by the court on May 21 informing me that the hearing would go forward until May 23.

/s/ Anthony F. Cottone
Anthony F. Cottone, #3922
55 Dorrance Street, Suite 400
Providence, RI 02903
Tel: (401) 578-5696
Fax: (401) 861-2922
cottonelaw@cox.net

**CERTIFICATION**

I hereby certify that a true and accurate copy of the above Affidavit was electronically filed on this 29th day of May, 2008.

/s/ Anthony F. Cottone