UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EARTHLINK, INC., Plaintiff, | : | |
| v. | : | MC 07-015 ML |
| DAVID R. PAOLO, Defendant. | : | |

**ORDER**
**HOLDING PAOLOS IN CONTEMPT**

Before the Court is the Motion of Earthlink, Inc. to Adjudge in Contempt and for Enforcement of Subpoenas (Doc. #5) ("Motion to Adjudge in Contempt" or "Motion"). The Motion seeks to adjudge David R. Paolo ("Mr. Paolo") and Kathleen K. Paolo ("Mrs. Paolo") (collectively the "Paolos") in contempt for non-compliance with subpoenas served upon them on August 27, 2007.[1] Hearings on the Motion were conducted on June 6 and 12, 2008.[2]

At the hearing on June 6th, the Paolos represented through

[1] The subpoenas were served upon the Paolos' attorney, Anthony F. Cottone ("Attorney Cottone"), who had agreed to accept service on their behalf. See Affidavit of John D. Deacon, Jr., in Support of Earthlink, Inc.'s Motion to Adjudge in Contempt and for Enforcement of Subpoenas ("Deacon Aff.") ¶ 8. Attorney Cottone confirmed this in a November 28, 2007, letter to Plaintiff's attorney, John D. Deacon, Jr. ("Attorney Deacon"). See id., Exhibit 2 (Letter from Cottone to Deacon of 11/28/07)("I did agree to accept service of the subpoenas in August.").

[2] The Paolos and Attorney Cottone were in attendance at the June 6 hearing. Mr. Paolo and Attorney Cottone were present for the hearing on June 12, and Attorney Cottone represented that Mrs. Paolo was in the hallway outside the courtroom and that she was upset. He requested that she be allowed to remain outside the courtroom, which request the Court granted.

their attorney, Anthony F. Cottone, Esquire ("Attorney Cottone"), that they had fully complied with the subpoenas and had produced the sought documents to Plaintiff's counsel, John D. Deacon, Jr. ("Attorney Deacon"). Because Attorney Deacon had just received the documents immediately prior to the hearing and had not had an opportunity to determine whether there had in fact been full compliance, the Court continued the matters[3] to June 12. The Court directed Attorney Deacon to notify Attorney Cottone in writing prior to June 12 of any deficiencies in the documents produced so that such deficiencies could be cured before the hearing.

At the hearing on June 12th, Attorney Deacon advised the Court that after reviewing the documents produced on June 6 he had sent Attorney Cottone an email, notifying him that the documents produced on June 6 did not constitute full compliance with the subpoenas and identifying the deficiencies. Attorney Deacon further advised that in response to his email he had received a letter from Attorney Cottone. The letter referred to the separately numbered paragraphs of Exhibit A to the subpoenas and enclosed one additional document, a May 2008 brokerage statement from Smith Barney.

In response to a question from the Court as to whether there

[3] Also scheduled for hearing on June 6, 2008, were the Order for Attorney Anthony F. Cottone to Show Cause (Doc. #9) and the Order to Show Cause (Doc. #10) directed to the Paolos.

had been full compliance, Attorney Deacon stated that there had not and cited as specific evidence of this fact: 1) the absence of documents relating to the transfer of real estate, which had been formerly owned by the Paolos, to Elaine Paolo and then to The DRP Family Limited Partnership and then back to Elaine Paolo;[4] and 2) the production of the brokerage statement for only the month of May of 2008 when there must be statements for prior months. The Paolos' counsel, Attorney Cottone, did not dispute that there had not been full compliance with the subpoenas, but requested that the Paolos be given additional time to comply.

In response to the Court's inquiry as to what action Plaintiff was seeking, Attorney Deacon asked the Court to: 1) hold the Paolos in contempt pursuant to Fed. R. Civ. P. 45(e); 2) order that they fully comply with the subpoenas; and 3) order that they pay his attorney's fees in connection with the prosecution of the Motion. After giving Attorney Cottone the opportunity to be heard further regarding the relief requested by Plaintiff,[5] the Court found that the Paolos had failed to fully comply with the subpoenas, that the noncompliance had extended over several months, and that they had not shown adequate excuse

---

[4] Among the documents sought by the subpoenas were all documents reflecting or relating to the transfer of any asset by The DRP Family Limited Partnership. See Subpoenas, Exhibit A.

[5] The Court also asked Attorney Cottone if he wished to have Mrs. Paolo in the courtroom in light of the relief requested by Attorney Deacon. Attorney Cottone responded that he did not.

for their noncompliance.[6]

**Accordingly, the Motion is GRANTED and David R. Paolo and Kathleen K. Paolo are held in contempt.** They are ordered to:

1. fully comply with the subpoenas by June 30, 2008, and

2. pay the attorney's fees of Attorney Deacon for his prosecution of the Motion.

This matter is continued to June 30, 2008, at 2:00 p.m. for further hearing. **At that time the Court will consider the imposition of further sanctions upon the Paolos, including the request that they be incarcerated and ordered to pay $500.00 per day to Plaintiff.** See Motion at 1.

Attorney Deacon shall submit an itemized statement of attorney's fees (which statement shall include the date, the service, and the time expressed in tenths of an hour) incurred in the prosecution of this Motion to Attorney Cottone by June 23, 2008. Any objection to the amount of the attorney's fees will be addressed at the June 30 hearing.

The matter of the Order for Attorney Anthony F. Cottone to Show Cause (Doc. #9) is continued to June 30, 2008, for further hearing.

---

[6] In so finding, the Court also found that the Paolos had failed to show cause why they should not be adjudged in contempt. See Order to Show Cause (Doc. #10).

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
June 12, 2008