UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EARTHLINK, INC. | : | |
| | : | |
| v. | : | Misc. 07-0015-ML |
| | : | |
| DAVID R. PAOLO | : | |

**AFFIDAVIT OF ATTORNEYS FEES**

I, JOHN D. DEACON, JR., state under penalty of perjury:

1. I am an attorney admitted to practice before this Court. I represent the plaintiff in this proceeding. I have personal knowledge of all facts set forth below.

2. This Affidavit is submitted pursuant to Court directive, setting forth the amount of attorneys fees accrued in connection with plaintiff's motion to enforce subpoenas and adjudge in contempt.

3. Attached hereto are true copies of my time records reflecting the amount of attorney time expended by me in connection with the said motion. The attached document is a business record which is made and kept by my law practice in the regular course of business, and it is the ordinary course of business of my law practice to make and keep these records. The information set forth in the entries was recorded by me based on personal knowledge, shortly after the transactions reflected in the entries.

4. I have spent a total of 13.75 hours to date in connection with plaintiff's motion to enforce subpoenas and adjudge in contempt. A normal hourly rate for me for this type of matter is $250 per hour. The product of that rate and the hours spent to date is $3,437.50.

Signed under penalty of perjury this 18 day of June, 2008.

John D. Deacon, Jr., #2226
72 Pine Street
Providence, RI 02903
(401)272-8080
(401)272-8195
Email: jdeacon@lmkbw.com

Counsel for Plaintiff

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me personally this 18th day of June, 2008.

Christina J. Morris, Notary Public
My Commission Expires: 12/06/11

**CERTIFICATION**

I hereby certify that on June 18, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by e-mail or to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Anthony F. Cottone cottonelaw@cox.net

/s/ John D. Deacon, Jr.

F:\John D\Earthlink\PLEADINGS\AFFIDAVIT JDD 050108.doc

| | | |
|---|---|---|
| 4/23/08 #58412 | J.D. Deacon / DF<br>Drafting motion for contempt/enforcement of subpoena; affidavit; related research and review of facts | 2.40 |
| 4/24/08 #58414 | J.D. Deacon / DF<br>Drafting motion and memorandum to enforce subpoena; revise and finalize | 3.20 |
| 4/25/08 #58418 | J.D. Deacon / WK<br>Further work on motion to enforce subpoena; draft notice of decision from Georgia and arrange filing; emails to/from cocounsel | 2.30 |
| 5/13/08 #59780 | J.D. Deacon / WK<br>Notice from court, docketing | 0.20 |
| 5/20/08 #59803 | J.D. Deacon / CF<br>Conference from Harwood regarding document production, subpoenas, hearing; email status report | 0.50 |
| 5/21/08 #59806 | J.D. Deacon / TC<br>Telephone conference from Harwood | 0.20 |
| 5/22/08 #59810 | J.D. Deacon / PF<br>Prepare for and attend hearing on contempt; status report to client; telephone conference Cottone; research and drafting memo on incarceration | 0.50 |
| 5/23/08 #59992 | J.D. Deacon / WK<br>Further work on contempt/incarceration memo, cases, research, finalize | 1.40 |
| 6/2/08 #61255 | J.D. Deacon / COR<br>Affidavit from Cottone; docketing | 0.30 |
| 6/6/08 #61297 | J.D. Deacon / AD<br>Attend hearing; review document production against subpoena; email opposing attorney regarding deficiencies; ~~revisions to subpoenas, conference process server, and arrange service of subpoenas~~ | 2 00<br>−1.00 |
| 6/10/08 #61312 | J.D. Deacon / RW<br>Receipt/review correspondence from Cottone and response to documents subpoena | 0.50 |
| 6/12/08 #61323 | J.D. Deacon / PR<br>Prepararation for hearing and attend continued hearing on contempt; receipt orders, docketing; follow up in accordance with order | 1.50 |
| 6/13/08 #61328 | J.D. Deacon / COR<br>Receipt, docketing of contempt orders; further follow up to contempt order | 0.45 |

13.75 hrs.