UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EARTHLINK, INC., Plaintiff, : v. : MC 07-015 ML DAVID R. PAOLO, Defendant. :

**ORDER**

On June 12, 2008, the Court granted the Motion of Earthlink, Inc. to Adjudge in Contempt and for Enforcement of Subpoenas (Doc. #5) ("Motion to Adjudge in Contempt" or "Motion") and found David R. Paolo ("Mr. Paolo") and Kathleen K. Paolo ("Mrs. Paolo") (collectively the "Paolos") in contempt for non-compliance with subpoenas served upon them on August 27, 2007. See Order Holding Paolos in Contempt (Doc. #13). The Court ordered the Paolos to fully comply with the subpoenas by June 30, 2008, and to pay the attorney's fees of Plaintiff's counsel, Attorney John D. Deacon, Jr. ("Attorney Deacon"). See id. at 4. Attorney Deacon was directed to submit by June 23, 2008, an itemized statement of his attorney's fees for prosecution of the Motion, and the Paolos were advised that any objection to the amount of attorney's fees would be addressed at a hearing on June 30, 2008. See id.

At the hearing on June 30, 2008, Attorney Deacon reported that Plaintiff was satisfied that the Paolos had fully complied

with the subpoenas by producing all responsive documents which were within their possession or control. Accordingly, Plaintiff withdrew its request that the Paolos be incarcerated and fined $500 per day. See Order Holding Paolos in Contempt at 4.

In response to an inquiry from the Court regarding the amount of attorney's fees claimed by Attorney Deacon, counsel for the Paolos, Anthony F. Cottone, Esquire ("Attorney Cottone"), stated that the Paolos had no objection to the hourly rate or the amount of time claimed.[1] Accordingly, **the Paolos are ordered to pay Attorney Deacon an attorney's fee of $3,437.50, within ten days of the date of this Order.**

Lastly, the Court took up the matter of the Order for Attorney Anthony F. Cottone to Show Cause (Doc. #9). The Court, after considering the information presented at the hearings on June 6 and 12, 2008, and also the information contained in Attorney Cottone's Affidavit in Response to the Order to Show Cause (Doc. #12), concluded that cause has been shown. Accordingly, Attorney Cottone has complied with the Order of May 22, 2008, and the issue raised by that order is now concluded.

---

[1] Attorney Cottone stated that although the Paolos did not object to the hourly rate or the amount of time claimed by Attorney Deacon, they were not waiving any right to seek review of the contempt finding made by the Court on June 12, 2008.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
June 30, 2008