UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EARTHLINK, INC., *Plaintiff*, | : | |
| vs. | : | C.A. No. 07-015 ML |
| DAVID R. PAOLO, *Defendant*. | : | |

**SUGGESTION OF BANKRUPTCY**

Please be advised that the defendant in the above matter, DAVID R PAOLO, has this day filed a Chapter 7 petition for bankruptcy in the United States Bankruptcy Court for the District of Rhode Island, Case No. 08-12004, and has properly listed the debt which is the subject matter of the above action in said filing. Therefore, it is respectfully suggested that all proceedings in the above matter are stayed pursuant to the automatic stay provisions set forth within 11 U.S.C.A. § 362.

/s/ Anthony F. Cottone
Anthony F. Cottone, #3922
55 Dorrance Street, Suite 400
Providence, RI 02903
Tel: (401) 578-5696
Fax: (401) 861-2922
cottonelaw@cox.net

**CERTIFICATION**

I hereby certify that a true and accurate copy of the above Suggestion of Bankruptcy was electronically filed on this 1st day of July, 2008.

/s/ Anthony F. Cottone